■ In the Matter of LOUIS PERGOLA, Petitioner, v NORMAN B. FITZER, as Justice Presiding of Part A of the Special Narcotics Court of the City of New York, et al., Respondents.—Application of petitioner denied and petition dismissed without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Silverman, Lane and Markewich, JJ.

## (December 12, 1978)

■ B & B PARKING, INC., Appellant, v CITY OF NEW YORK, Respondent. —Order, Supreme Court, New York County, entered on January 19, 1978, unanimously affirmed for the reasons stated by Schwartz, J., at Special Term. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Fein, Sandler and Sullivan, JJ.

■ MICHAEL J. STANZIONE, Appellant, v HARRY S. TISHELMAN et al., Respondents.—Judgment, Supreme Court, New York County, entered on March 29, 1978, unanimously affirmed for the reasons stated by Nadel, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Lupiano, Fein, Sandler and Sullivan, JJ.